DATE: 4/8/08
LOCATION: Tyler
JUDGE: JOHN D. LOVE
DEP. CLERK: Mechele Morris / M. Morris
RPTR/ECRO: Bobby Long
USPO:
INTERPRETER:
TIME: 4:50 pm

CASE NUMBER: 6:08MJ28

USA       VS.       STEPHEN JACKSON

Bill Baldwin / Ken Hawk

☑ kia . . . . . INIT APPEARANCE - Rule 5c WD/Missourri

☑ Hearing Called        ☑ Hearing Held

☑ Dft ☑ w/o cnsl ☐ with counsel
Appears on:   ☑ Indictment   WD/Missouri

☑ kars. . .   Date of arrest: 4/8/08

☑ . . . Dft   ☑ advised of charges   ☑ advised of maximum penalties   ☑ advised of right to remain silent;
☑ advised of right to counsel ☑ Waiver of Rule 5c Hrg   ☑ advised of Rule 20

☑ Dft first appearance with counsel ☐ CJA ☐ Ret. ☑ USPD (DO NOT DOCKET IN MAG. CASE - WITHOUT CONSENT)

☑ . . .Dft   Requests appointed counsel, is sworn & examined re: financial status.
☐ kfinaff.   Financial affidavit executed by dft. The court finds the defendant ☐ able ☑ unable to employ counsel.
☐ ko..   _____ appointed ☑ koapptpd. U.S. Pub Defender __Ken Hawk__ appointed

☑ kgmdtn. . Gvt motion for dtn ☐ kgm . . .   Gvt m/cont dtn hrg.

☐

☑ Dft Waived Detention Hearing  in this district.
☐ Order of Detention

☑ Commitment to another district

☑ Dft remanded to custody of U.S. Marshal

5:04 pm

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08-05002-01-CR-SW-GAF |
| ) | 6:08 mj 28 |
| Plaintiff, ) | **COUNT ONE:** |
| ) | 18 U.S.C. § 922 (g)(3) |
| ) | NMT 10 years and/or $250,000 |
| v. ) | Class C Felony |
| ) | Supervised Release: NMT 3 years |
| ) | |
| STEPHEN JACKSON, ) | **COUNT TWO:** |
| [DOB 08/22/1958] ) | 26 U.S.C. § 5861(d) |
| ) | NMT 10 years and/or $10,000 fine |
| Defendant. ) | Class C Felony |
| ) | Supervised Release: NMT 3 years |
| ) | |
| ) | $100 Mandatory Penalty Assessment |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about May 29, 2007, in Newton County, in the Western District of Missouri, Stephen Jackson, the defendant, then being an unlawful user of a controlled substance, that is marijuana, knowingly did possess, in and affecting commerce, firearms, all in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### COUNT TWO

On or about May 29, 2007, in Newton County, in the Western District of Missouri, Stephen Jackson, the defendant, did possess a firearm, as defined in Title 26, United States Code, Section 5845(a) and Title 18, United States Code, Section 921(a)(24), specifically, a silencer, which firearm was not then registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.



A TRUE BILL

*[signature]*

Foreperson of the Grand Jury

*[signature]*

James J. Kelleher
Missouri Bar No. 51921
Special Assistant United States Attorney

1/23/08
Date